# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ANTONIO GARCIA (8),<br>PRIMITIVO GUZMAN-PEREZ (14),<br><br>  Defendants. | Case No. 97CR0069-MMA<br><br>**JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AND RECALL OF ARREST WARRANT**<br><br>[Doc. No. 245] |

Upon motion of Plaintiff United States of America, good cause appearing, the Court hereby **DISMISSES WITHOUT PREJUDICE** the Indictment in this case as to Defendants Antonio Garcia (8) and Primitivo Guzman-Perez (14). The Court further **ORDERS** that the outstanding Arrest Warrant as to Defendant Antonio Garcia (8) be recalled.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: August 5, 2014

HON. MICHAEL M. ANELLO
United States District Judge